FILED
HARRISBURG, PA.

NOV 19 2025

PER _____ [signature]
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: No. 1:25-CR-264
v. :
: (Judge Mannion)
JASKIRAT SINGH, :
    Defendant. :

## PLEA

NOW, this <u>19th</u> day of November 2025, the above-named Defendant, JASKIRAT SINGH, having been arraigned in open Court, hereby pleads <u>Guilty</u> to the within Information.

[signature: Jaskirat]
_____
JASKIRAT SINGH